IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SHAVONNE WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>PHOEBE PUTNEY HEALTH SYSTEM, INC., d/b/a Phoebe Putney Memorial Hospital;ALBANY AREA PRIMARY HEALTH CARE, INC., d/b/a ALBANY AREA PRIMARY HEALTH CARE; JEFFREY ELLIS; FRANCIS KWARTENG; ANTHONY G. JONES; AND DOE DEFENDANTS 1-25,<br><br>    Defendants. | Civil Action No. 1:21-cv-10 |

## NOTICE OF REMOVAL

**TO:   The United States District Court for the Middle District of Georgia, Albany Division**

PLEASE TAKE NOTICE THAT pursuant to 42 U.S.C. §§ 233(a) and 233(c) and on behalf of Defendants Albany Area Primary Health Care, Inc., and its employee Francis Kwarteng, M.D. (hereinafter "PHS Defendants"); Peter D. Leary, Acting United States Attorney for the Middle District of Georgia by and through his designee, Assistant United States Attorney for the Middle District of Georgia Kevin D. Abernethy, respectfully submits this Notice of Removal to remove this case from the State Court of Dougherty County, Georgia to the United States District Court for the Middle District of Georgia, Albany Division and in support and explanation thereof shows:

1.    By removing this case on behalf of the PHS Defendants, the United States does not admit that they or it are subject to the jurisdiction of the Court or that they have been

properly served.  The effect of removal is to simply establish that the suit against the PHS Defendants should have been filed in the United States District Court for the Middle District of Georgia and named only the United States as a Defendant in their stead.

2. The State Court of Dougherty County, Georgia, case in which the PHS Defendants are named is pending as Case Number STSV2020000287, within the judicial district and division of this Court.  No trial has yet been had in this action. A copy of all process, pleadings and orders served upon Defendants, or received by the Defendants, in such action are attached hereto as Exhibit A.

3. Discussed more fully hereinafter, the PHS Defendants, all deemed employees of the Public Health Service (PHS), have had the Complaint in this case attempt to state a claim against them by the Plaintiff for actions they took while acting in that capacity in the course and scope of their employment.

4. The Plaintiff in the above-referenced State Court action seeks damages from the PHS Defendants, and others, for alleged negligent acts or omissions in the course and scope of their employment in providing care to Plaintiff Shavonne Williams.

5. Congress has provided in 42 U.S.C. § 233(a) that the exclusive remedy for such a claim against a PHS Defendant is against the United States under 28 U.S.C. §§ 1346(b) and 2671 et seq., the Federal Tort Claims Act (FTCA) and 42 U.S.C. § 233(a).

6. Under the FTCA, only United States District Courts have jurisdiction over such claims as are made in the above-referenced State Court of Dougherty County, Georgia case against a PHS Defendant.

7. Congress has provided in 42 U.S.C. § 233(c) that such an action commenced in a State court shall be removed to the proper United States District Court upon certification by the

Attorney General that a PHS Defendant was acting in the scope of his employment at the time of the incident out of which the suit arose. Under the allegations of the Plaintiff in the State Court of Dougherty County, Georgia, case, the proper United States District Court is the District Court for the Middle District of Georgia, Albany Division.

8. Also removed are the claims against the Defendants other than the Albany Health Defendants, over and against whom or which the United States District Court for the Middle District of Georgia shall have and exercise supplemental jurisdiction under 28 U.S.C. § 1367(a), unless and until the said Court shall direct to the contrary.

9. A copy of this Notice of Removal is being served upon all parties and the copy hereto will be filed with the Clerk of the State Court of Dougherty County, Georgia, pursuant to 28 U.S.C. § 1446(d), whereupon all further proceedings shall be in this Court.

WHEREFORE, the PHS Defendants pray that the action pending in the State Court of Dougherty County, Georgia, Case Number STSV2020000287, be removed to this Court for such further proceedings as may be appropriate, under and pursuant to 42 U.S.C. § 233(c).

Respectfully submitted this 13th day of January, 2021.

                              PETER D. LEARY
                              ACTING UNITED STATES ATTORNEY

By:   *s/ Kevin D. Abernethy*
        Kevin D. Abernethy
        Assistant United States Attorney
        Georgia Bar No. 142310
        United States Attorney's Office
        Middle District of Georgia
        P.O. Box 1702
        Macon, GA 31202
        Tel.: 478.621.2690
        Fax: 478.621.2737
        Email: *Kevin.Abernethy@usdoj.gov*

## CERTIFICATE OF SERVICE

I, Kevin D. Abernethy, Assistant United States Attorney, hereby certify that on the 13th of January, 2021, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A.

I also certify that I have mailed by the United States Postal Service the documents and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

Angela J. Mason
John J. Givens
The Cochran Firm-Dothan, PC
111 East Main Street
Post Office Box 927
Dothan, Alabama 36301
*angelamason@cochranfirm.com*
*johngivens@cochranfirm.com*

*Attorneys for Shavonne Williams*

Charles K. Wainright, II
Maggie L. McMichael
Watson Spence LLP
320 Residence Avenue (31701)
P.O. Box 2008
Albany, GA 31702-2008
*cwainright@watsonspence.com*
*mmcmichael@watsonspence.com*

*Attorneys for Phoebe Putney Memorial Hospital, Inc. and Anthony G. Jones, M.D.*

Brynda R. Insley
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
*binsley@taylorenglish.com*

*Attorney for Jeffrey Ellis, M.D.*

Thomas J. Mazziotti
Spencor L. Hall
Hall Booth Smith, P.C.
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
*tmazziotti@hallboothsmith.com*
*shall@hallboothsmith.com*

*Attorneys Albany Area Primary Health Care and Francis Kwarteng*

                        By:    *s/ Kevin D. Abernethy*
                                 KEVIN D. ABERNETHY
                                 Assistant United States Attorney
                                 Georgia Bar No. 142310
                                 United States Attorney's Office
                                 Post Office Box 1702
                                 Macon, Georgia 31202-1702
                                 Telephone:  478/621-2690
                                 Facsimile:   478/621-2737