IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **SHAVONNE WILLIAMS**, | * |
| Plaintiff, | * |
| v. | * Case No. **1:21-cv-00010-LAG** |
| **PHOEBE PUTNEY MEMORIAL HOSPITAL INC., et al.,** | * |
| | * |
| Defendants, | * |

## J U D G M E N T

Pursuant to this Court's Order dated February 10, 2021, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Dougherty County, Georgia.

This 10th day of February, 2021.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk